111 F.3d 127
 Henry A. Shannon
v.
Pennsylvania Department of Corrections, Joseph Lehman,
Commissioner, Laurence I. Reid, Deputy Commissioner, Randall
N. Sears, Assistant Counsel, Edward T. Brennan,
Superintendent, Marilyn S. Brooks, Superintendent, John J.
Miller, Major, John F. Skendall, Unit Manager, Ivory
Barnett, Hearing Examiner, Clark Co., II, Sgt., John McDonald, C.O.T.
 NO. 95-3535
 United States Court of Appeals,
Third Circuit.
 Mar 25, 1997
 Appeal From: W.D.Pa. ,No.94cv00224
 
 1
 Affirmed.